# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **JASON PAUL DRYDEN #759778** | **CASE NO. 1:24-CV-00718 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN** | **MAG. JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition (ECF No. 1) is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 5th day of December, 2024, in Alexandria, Louisiana.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**